UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BYRON MINCEY,
    Plaintiff,

vs.

TRANS UNION, LLC and
CITIMORTGAGE, INC.,
    Defendants.

CASE NO. 2:20-cv-03154-CDJ

**PLAINTIFF AND DEFENDANT TRANS UNION, LLC'S
JOINT RESPONSE TO SHOW CAUSE ORDER**

COMES NOW, Plaintiff Byron Mincey (hereinafter Plaintiff) and Trans Union, LLC (hereinafter Trans Union) to file their memorandum in support for their response to the Court's Show Cause Order, Doc. No. 37.

**MEMORANDUM**

Plaintiff and Trans Union have agreed that this case will be subject to the tolling agreement entered into by Plaintiff and Trans Union, dated April 19, 2021, and agree to dismiss Plaintiff's claims against Trans Union without prejudice, pending the exhaustion of all appeals in the *Bibbs, Parke,* and *Samoura* cases, Case Nos. 21-1350, 21-1527 and 21-1530 in the Third Circuit.

CitiMortgage has filed an unopposed motion to extend their time to respond to review the tolling agreement.

WHEREFORE, Plaintiff and Trans Union respectfully request this Honorable Court dismiss Plaintiff's claims against Trans Union without prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 11, 2021

Respectfully submitted,

/s/Dennis McCarty
Dennis McCarty (pro hac vice)
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174
Federal Bar No. 993800
2931 Ridge Rd.
Suite 101 #504
Rockwall, TX 75032
Telephone: 817-704-3375
Fax (817) 887-5069
dennismccartylaw@gmail.com
GREGORY GORSKI
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Attorney for Plaintiff


/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq.
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this <u>the 11th</u> day <u>of June, 2021</u>

                                                            Respectfully submitted,

                                                            <u>/s/Dennis McCarty</u>
                                                            Dennis McCarty
                                                           ATTORNEY FOR PLAINTIFF